39206. BANKERS FIDELITY LIFE INSURANCE
COMPANY v. PERKINS.

39207. BANKERS FIDELITY LIFE INSURANCE
COMPANY v. NEWTON.

39208. BANKERS FIDELITY LIFE INSURANCE
COMPANY v. PERKINS.

39209. BANKERS FIDELITY LIFE INSURANCE
COMPANY v. ARMSTRONG.

39210. BANKERS FIDELITY LIFE INSURANCE
COMPANY v. OLIVER.

39212. BANKERS FIDELITY LIFE INSURANCE
COMPANY v. SANDERS.

39214. BANKERS FIDELITY LIFE INSURANCE
COMPANY v. MILLER.

39216. BANKERS FIDELITY LIFE INSURANCE
COMPANY v. NEWTON.

CUSTER, Judge. These cases being controlled by *Bankers Fidelity Life Ins. Co. v. Harrison,* ante, the judgment of the trial court overruling the first two grounds of demurrer to the petition, and sustaining certain grounds of demurrer to the answer, is affirmed. The judgment overruling the third ground of demurrer to the petition is reversed, and the fourth and fifth grounds of demurrer to the petition are not passed upon.

*Judgment affirmed in part and reversed in part. Carlisle, P. J., and Eberhardt, J., concur.*

DECIDED NOVEMBER 17, 1961—REHEARING DENIED
NOVEMBER 30, 1961.

*Sam F. Lowe, Jr.,* for plaintiff in error.
*L. H. Hilton, Hilton & Hilton,* contra.

904

## CORRECTIONS.

Page 97, line 16 from top: Change *"Code* § 38-414" to *"Code* § 38-314."

Page 109, line 16 from top: Change "August 24" to "October 24."

Page 113, line 14 from bottom: Change "Murphy" to "Murph."

Page 366, line 13 from top: Change "his" to "its."

Page 446, line 12 from top: Change "69-1626" to "68-1626."

Page 578, lines 17 and 18 from bottom: Change "one special ground" to "several special grounds."

Page 746, line 6 from bottom: Change "defendant" to "plaintiff" and "plaintiff's" to "defendant's."